1  STEFANI E. SHANBERG, State Bar No. 206717
         Email: sshanberg@wsgr.com
2  MATTHEW A. ARGENTI, State Bar No. 240954
         Email: margenti@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   NATALIE J. MORGAN, State Bar No. 211143
7        Email: nmorgan@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   12230 El Camino Real, Suite 200
9  San Diego, CA 92130
   Telephone: (858) 350-2300
10 Facsimile: (858) 350-2399

11 Attorneys for Plaintiff
   LEVITON MANUFACTURING CO., INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15 LEVITON MANUFACTURING CO., INC., a      CASE NO.   CV 10-03961
16 Delaware corporation,

17            Plaintiff,                    **LEVITON MANUFACTURING CO.,
                                            INC.'S COMPLAINT FOR PATENT
18       v.                                 INFRINGEMENT AND TRADE
                                            SECRET MISAPPROPRIATION**
19 FUJIAN HONGAN ELECTRIC CO., LTD., a
20 People's Republic of China corporation;  **JURY TRIAL DEMANDED**
   GENERAL PROTECHT GROUP, INC., a
21 People's Republic of China corporation;
   SHANGHAI ELE MANUFACTURING
22 CORPORATION, a People's Republic of China
   corporation; ZHEJIANG TRIMONE CO. LTD.,
23 a People's Republic of China corporation;
   ZHEJIANG EASTING HOUSE ELECTRIC
24 CO., a People's Republic of China corporation;
   MENARD, INC., a Wisconsin corporation;
25 GARVIN INDUSTRIES, INC., an Illinois
26 corporation; CENTRAL PURCHASING, LLC, a
   California limited liability company; HARBOR
27 FREIGHT TOOLS USA, INC., a Delaware
   corporation; WAREHOUSE-LIGHTING.COM
28 LLC, a Wisconsin limited liability company;

COMPLAINT: JURY TRIAL DEMANDED                                    4041467_6.DOC

ORIGINAL FILED

E-filing

SEP - 3 2010

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

ADR

1   SECURELECTRIC CORPORATION, a
Missouri corporation; G-TECHT GLOBAL

2   CORPORATION, a Georgia corporation;
MURRAY LIGHTING CO., INC., D/B/A

3   MURRAY LIGHTING & ELECTRICAL
SUPPLY CO., a Michigan corporation;

4   ELECTRICAL MARKETPLACE, INC., a

5   Florida corporation; C & S SALES LLC, D/B/A
KK LITE.COM LLC, a Hawaii limited liability

6   company; FRONTIER LIGHTING, INC., a
Florida corporation; THE DESIGNERS EDGE,

7   INC., a Washington corporation; ORBIT

8   INDUSTRIES, INC., a California corporation;
READY WHOLESALE ELECTRIC &

9   LIGHTING, INC. D/B/A READY
WHOLESALE ELECTRIC SUPPLY, a

10   California corporation; W.E. AUBUCHON CO.,

11   INC., D/B/A AUBUCHON HARDWARE, a
Massachusetts corporation; WESTSIDE

12   WHOLESALE ELECTRIC & LIGHTING, INC.,
a California corporation; WESTSIDE

13   ELECTRIC WHOLESALE, INC., a California
corporation; WESTSIDE WHOLESALE, INC., a

14   California corporation; DEERSO, INC., a Florida
corporation; NEW ASPEN DEVICES CORP., a

15   New York corporation; BIG DEAL ELECTRIC

16   CORP., a California corporation; AMERICAN
ACE SUPPLY INC., a California corporation;

17   SAFETY PLUS PRODUCTS, INC., a Wisconsin
corporation; U.S.A. ISOCANAL, INC., D/B/A

18   LAMPS ONE and AH LIGHTING, a California
corporation; INGRAM PRODUCTS, INC., a

19   Florida corporation; AMERICAN ELECTRIC

20   DEPOT INC., a New York corporation;
CONTRACTOR LIGHTING & SUPPLY, INC.,

21   an Ohio corporation; INTERLINE BRANDS,
INC., D/B/A AF LIGHTING, a New Jersey

22   corporation; HARDWARE AND TOOLS

23   CORP., a Delaware corporation; COST LESS
LIGHTING, INC., a Illinois corporation;

24   ROYAL PACIFIC LTD., a New Mexico
corporation; and LITTMAN BROS. ENERGY

25   SUPPLIES, INC., an Illinois corporation,

26            Defendants.

27

28

4041467_6.DOC

1    Plaintiff LEVITON MANUFACTURING CO., INC. ("Leviton" or "Plaintiff"), for its

2  Complaint, alleges as follows:

## THE PARTIES

4    1.    Leviton is incorporated under the laws of the State of Delaware, with its principal

5  executive office at 201 North Service Road, Melville, New York 11747.

6    2.    Upon information and belief, Fujian Hongan Electric Co., Ltd. formerly named,

7  Wenzhou Sansheng Electrical Co., Ltd. (collectively "Fujian Hongan"), is a corporation organized

8  under the laws of the People's Republic of China, having a place of business at Yantian Industrial

9  Zone, Xiapu, Fujian, 355106 China.  Upon information and belief, Fujian Hongan purposely

10  directs ground fault circuit interrupters into the United States through intermediaries and/or

11  established distribution channels for sale or resale throughout the United States, including the

12  Northern District of California.

13    3.    Upon information and belief, General Protecht Group Inc. ("General Protecht") is a

14  corporation organized under the laws of the People's Republic of China, having a place of business

15  at 222 WeiQi Road, Yueqing Economic Development Zone, Yueqing, Zhejiang 325600 China

16  and/or 555 Daxing Road West, Liushi Yueqing, Zhejiang 325604 China.  Upon information and

17  belief, General Protecht purposely directs ground fault circuit interrupters into the United States

18  through intermediaries and/or established distribution channels for sale or resale throughout the

19  United States, including the Northern District of California.

20    4.    Upon information and belief, Shanghai ELE Manufacturing Corporation ("Shanghai

21  ELE") is a corporation organized under the laws of the People's Republic of China, having a place

22  of business at SEC 2 Xingcheng Industrial Zone, Qingpu, Shanghai 201703 China.  Upon

23  information and belief, Shanghai ELE purposely directs ground fault circuit interrupters into the

24  United States through intermediaries and/or established distribution channels for sale or resale

25  throughout the United States, including the Northern District of California.

26    5.    Upon information and belief, Zhejiang Trimone Co. Ltd. ("Zhejiang Trimone")

27  (also or formerly known as Wenzhou Trimone) is a corporation organized under the laws of the

28  People's Republic of China, having a place of business at West of Xinxing San Rd., South of Duli

1    Rd., Economic Development Zone, Pinghu, Zhejiang 314200 China.  Upon information and belief,

2    Zhejiang Trimone purposely directs ground fault circuit interrupters into the United States through

3    intermediaries and/or established distribution channels for sale or resale throughout the United

4    States, including the Northern District of California.

5          6.      Upon information and belief, Zhejiang Easting House Electric Co. ("Zhejiang

6    Easting House") is a corporation organized under the laws of the People's Republic of China,

7    having a place of business at Yaozhuang Industrial Zone, Jiashan, Zhejiang 314100 China.  Upon

8    information and belief, Zhejiang Easting House purposely directs ground fault circuit interrupters

9    into the United States through intermediaries and/or established distribution channels for sale or

10    resale throughout the United States, including the Northern District of California.

11          7.      Upon information and belief, Menard, Inc. ("Menard") is a corporation organized

12    under the laws of the State of Wisconsin, having a place of business at 4777 Menard Drive, Eau

13    Claire, Wisconsin 54703 and/or 5101 Menard Drive, Eau Claire, Wisconsin 54703.  Upon

14    information and belief, Menard imports, distributes, offers to sell, and/or sells ground fault circuit

15    interrupters throughout the United States and in the Northern District of California, including, but

16    not limited to, ground fault circuit interrupters that were manufactured by Fujian Hongan.

17          8.      Upon information and belief, Garvin Industries, Inc. ("Garvin") is a corporation

18    organized under the laws of the State of Illinois, having a place of business at 3700 Sandra Street,

19    Franklin Park, Illinois 60131.  Upon information and belief, Garvin imports, distributes, offers to

20    sell, and/or sells ground fault circuit interrupters throughout the United States and in the Northern

21    District of California, including, but not limited to, ground fault circuit interrupters that were

22    manufactured by Fujian Hongan.

23          9.      Upon information and belief, Central Purchasing, LLC ("Central Purchasing") is a

24    limited liability company organized under the laws of the State of California, having a place of

25    business at 3491 Mission Oaks Blvd., Camarillo, California 93011.  Upon information and belief,

26    Central Purchasing imports, distributes, offers to sell, and/or sells ground fault circuit interrupters

27    throughout the United States and in the Northern District of California, including, but not limited

28

1   to, ground fault circuit interrupters that were, on information and belief, manufactured by General

2   Protecht.

3       10.    Upon information and belief, Harbor Freight Tools USA, Inc. ("Harbor Freight") is

4   a corporation organized under the laws of the State of Delaware, having a place of business at

5   3491 Mission Oaks Blvd., Camarillo, California 93011.  Upon information and belief, Harbor

6   Freight imports, distributes, offers to sell, and/or sells ground fault circuit interrupters throughout

7   the United States and in the Northern District of California, including, but not limited to, ground

8   fault circuit interrupters that were, on information and belief, manufactured by General Protecht.

9       11.    Upon information and belief, Warehouse-Lighting.com LLC ("Warehouse-

10  Lighting") is a limited liability company organized under the laws of the State of Wisconsin,

11  having a place of business at W144 S6305 College Ctr., Muskego, Wisconsin 53150.  Upon

12  information and belief, Warehouse-Lighting imports, distributes, offers to sell, and/or sells ground

13  fault circuit interrupters throughout the United States and in the Northern District of California,

14  including, but not limited to, ground fault circuit interrupters that were manufactured by General

15  Protecht.

16      12.    Upon information and belief, SecurElectric Corporation ("SecurElectric") is a

17  corporation organized under the laws of the State of Missouri, having places of business at 2071

18  Congressional Drive, St. Louis, Missouri 63146 and/or 560 Wharton Circle, Suite B-1, Atlanta,

19  Georgia 30336.  Upon information and belief, SecurElectric imports, distributes, offers to sell,

20  and/or sells ground fault circuit interrupters throughout the United States and in the Northern

21  District of California, including, but not limited to, ground fault circuit interrupters that were

22  manufactured by General Protecht.

23      13.    Upon information and belief, G-Techt Global Corporation ("G-Techt") is a

24  corporation organized under the laws of the State of Georgia, having places of business at 560

25  Wharton Circle, Suite B-1, Atlanta, Georgia 30336 and/or 200 Galleria Parkway SE, Suite 1275,

26  Atlanta, GA 30339.  Upon information and belief, G-Techt imports, distributes, offers to sell,

27  and/or sells ground fault circuit interrupters throughout the United States and in the Northern

28

4041467_6.DOC

1   District of California, including, but not limited to, ground fault circuit interrupters that were

2   manufactured by General Protecht.

3       14.     Upon information and belief, Murray Lighting Co. Inc., d/b/a Murray Lighting &

4   Electrical Supply Co. (collectively "Murray") is a corporation organized under the laws of the

5   State of Michigan, having a place of business at 10227 West 8 Mile Road, Detroit, Michigan

6   48221.  Upon information and belief, Murray imports, distributes, offers to sell, and/or sells

7   ground fault circuit interrupters throughout the United States and in the Northern District of

8   California, including, but not limited to, ground fault circuit interrupters that were manufactured

9   by General Protecht.

10      15.     Upon information and belief, Electrical Marketplace, Inc. ("Electrical

11  Marketplace") is a corporation organized under the laws of the State of Florida, having a place of

12  business at 2411 NW 16th Lane #3, Pompano Beach, Florida 33064.  Upon information and belief,

13  Electrical Marketplace imports, distributes, offers to sell, and/or sells ground fault circuit

14  interrupters throughout the United States and in the Northern District of California, including, but

15  not limited to, ground fault circuit interrupters that were manufactured by General Protecht.

16      16.     Upon information and belief, C & S Sales LLC, d/b/a Kk Lite.Com LLC

17  (collectively "Kk Lite") is a limited liability company organized under the laws of the State of

18  Hawaii, having a place of business at 23669 Eichler St. #4, Hayward, California 94545.  Upon

19  information and belief, Kk Lite imports, distributes, offers to sell, and/or sells ground fault circuit

20  interrupters throughout the United States and in the Northern District of California, including, but

21  not limited to, ground fault circuit interrupters that were manufactured by General Protecht.

22      17.     Upon information and belief, Frontier Lighting, Inc. ("Frontier") is a corporation

23  organized under the laws of the State of Florida, having a place of business at 2090 Palmetto

24  Street, Clearwater, Florida 33765.  Upon information and belief, Frontier imports, distributes,

25  offers to sell, and/or sells ground fault circuit interrupters throughout the United States and in the

26  Northern District of California, including, but not limited to, ground fault circuit interrupters that

27  were manufactured by General Protecht.

28

1      18.     Upon information and belief, The Designers Edge, Inc. ("Designers Edge") is a

2   corporation organized under the laws of the State of Washington, having a place of business at

3   11730 N.E. 12th Street, Bellevue, Washington 98005.  Upon information and belief, Designers

4   Edge imports, distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the

5   United States and in the Northern District of California, including, but not limited to, ground fault

6   circuit interrupters that were manufactured by Zhejiang Trimone.

7      19.     Upon information and belief, Orbit Industries, Inc. ("Orbit") is a corporation

8   organized under the laws of the State of California, having a place of business at 2100 S. Figueroa

9   St., Los Angeles, California 90007.  Upon information and belief, Orbit imports, distributes, offers

10  to sell, and/or sells ground fault circuit interrupters throughout the United States and in the

11  Northern District of California, including, but not limited to, ground fault circuit interrupters that,

12  on information and belief, were manufactured by Shanghai ELE.

13     20.     Upon information and belief, Ready Wholesale Electric and Lighting, Inc., d/b/a

14  Ready Wholesale Electric Supply (collectively "Ready Wholesale"), is a corporation organized

15  under the laws of the State of California, having a place of business at 18315 Sherman Way,

16  Reseda, California 91335.  Upon information and belief, Ready Wholesale imports, distributes,

17  offers to sell, and/or sells ground fault circuit interrupters throughout the United States and in the

18  Northern District of California, including, but not limited to, ground fault circuit interrupters that,

19  on information and belief, were manufactured by Shanghai ELE.

20     21.     Upon information and belief, W. E. Aubuchon Co., Inc., d/b/a Aubuchon Hardware

21  (collectively "Aubuchon"), is a corporation organized under the laws of the State of

22  Massachusetts, having a place of business at 95 Aubuchon Drive, Westminster, Massachusetts

23  01473.  Upon information and belief, Aubuchon imports, distributes, offers to sell, and/or sells

24  ground fault circuit interrupters throughout the United States and in the Northern District of

25  California, including, but not limited to, ground fault circuit interrupters that were manufactured

26  by Shanghai ELE and/or by or on behalf of American Electric.

27     22.     Upon information and belief, Westside Wholesale Electric & Lighting, Inc.,

28  Westside Electric Wholesale, Inc. and Westside Wholesale, Inc. (collectively "Westside") are

1  corporations organized under the laws of the State of California, having a place of business at 7122

2  Beverly Blvd. #A, Los Angeles, California 90036 and/or 5670 Rickenbacker Rd., Bell, California

3  90201.  Upon information and belief, Westside imports, distributes, offers to sell, and/or sells

4  ground fault circuit interrupters throughout the United States and in the Northern District of

5  California, including, but not limited to, ground fault circuit interrupters that were manufactured

6  by Zhejiang Trimone.

7       23.     Upon information and belief, Deerso, Inc. ("Deerso") is a corporation organized

8  under the laws of the State of Florida, having a place of business at 910 S.E. 14th Place, Cape

9  Coral, Florida 33990.  Upon information and belief, Deerso imports, distributes, offers to sell,

10  and/or sells ground fault circuit interrupters throughout the United States and in the Northern

11  District of California, including, but not limited to, ground fault circuit interrupters that were

12  manufactured by Zhejiang Trimone.

13       24.     Upon information and belief, New Aspen Devices Corp. ("New Aspen") is a

14  corporation organized under the laws of the State of New York, having a place of business at 59

15  Van Dam St., Brooklyn, New York 11222.  Upon information and belief, New Aspen imports,

16  distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the United States

17  and in the Northern District of California, including, but not limited to, ground fault circuit

18  interrupters that were manufactured by Zhejiang Trimone.

19       25.     Upon information and belief, Big Deal Electric Corp. ("Big Deal") is a corporation

20  organized under the laws of the State of California, having a place of business at 1208 E. Walnut

21  Ave., Suite G, Santa Ana, California 92701.  Upon information and belief, Big Deal imports,

22  distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the United States

23  and in the Northern District of California, including, but not limited to, ground fault circuit

24  interrupters that were manufactured by Zhejiang Trimone.

25       26.     Upon information and belief, American Ace Supply Inc.  ("American Ace") is a

26  corporation organized under the laws of the State of California, having a place of business at 923

27  Toland Street, San Francisco, California 94124.  Upon information and belief, American Ace

28  imports, distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the

1  United States and in the Northern District of California, including, but not limited to, ground fault

2  circuit interrupters that, on information and belief, were manufactured by Zhejiang Trimone.

3       27.    Upon information and belief, Safety Plus ("Safety Plus") is a corporation organized

4  under the laws of the State of Wisconsin, having a place of business at 4123 Terminal Dr., Suite

5  210, McFarland, Wisconsin 53558. Upon information and belief, Safety Plus imports, distributes,

6  offers to sell, and/or sells ground fault circuit interrupters throughout the United States and in the

7  Northern District of California, including, but not limited to, ground fault circuit interrupters that

8  were manufactured by Zhejiang Trimone.

9       28.    Upon information and belief, U.S.A. Isocanal, Inc., d/b/a Lamps One and AH

10  Lighting (collectively "Lamps One") is a corporation organized under the laws of the State of

11  California, having a place of business at 2442 Hunter St., Los Angeles, California 90021. Upon

12  information and belief, Lamps One imports, distributes, offers to sell, and/or sells ground fault

13  circuit interrupters throughout the United States and in the Northern District of California,

14  including, but not limited to, ground fault circuit interrupters that were manufactured by Zhejiang

15  Trimone.

16       29.    Upon information and belief, Ingram Products, Inc. ("Ingram") is a corporation

17  organized under the laws of the State of Florida, having a place of business at 8725 Youngerman

18  Ct., Suite 206, Jacksonville, Florida 32244. Upon information and belief, Ingram imports,

19  distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the United States

20  and in the Northern District of California, including, but not limited to, ground fault circuit

21  interrupters that were manufactured by Zhejiang Easting House.

22       30.    Upon information and belief, American Electric Depot Inc. ("American Electric") is

23  a corporation organized under the laws of the State of New York, having a place of business at 56-

24  24 199 St., 1FL, Fresh Meadows, NY 11365. Upon information and belief, American Electric

25  imports, distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the

26  United States and in the Northern District of California, including, but not limited to, ground fault

27  circuit interrupters that were manufactured in China by or on behalf of American Electric.

28

1    31.    Upon information and belief, Contractor Lighting & Supply, Inc. ("Contractor

2 Lighting") is a corporation organized under the laws of the State of Ohio, having a place of

3 business at 250 East Broad St., Suite 200, Columbus, Ohio 43215. Upon information and belief,

4 Contractor Lighting imports, distributes, offers to sell, and/or sells ground fault circuit interrupters

5 throughout the United States and in the Northern District of California, including, but not limited

6 to, ground fault circuit interrupters that were manufactured in China by or on behalf of American

7 Electric.

8    32.    Upon information and belief, Interline Brands, Inc., d/b/a AF Lighting (collectively

9 "AF Lighting") is a corporation organized under the laws of the State of New Jersey, having a

10 place of business at 701 San Marco Blvd., Jacksonville, Florida 32207 and/or 3031 N. Andrews

11 Ext., Pompano Beach, Florida 33069. Upon information and belief, AF Lighting imports,

12 distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the United States

13 and in the Northern District of California, including, but not limited to, ground fault circuit

14 interrupters that were manufactured in China by or on behalf of American Electric.

15    33.    Upon information and belief, Hardware and Tools Corp. ("Hardware and Tools") is

16 a corporation organized under the laws of the State of Delaware, having a place of business at 490

17 Mcghee Road, Winchester, Virginia 22603. Upon information and belief, Hardware and Tools

18 imports, distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the

19 United States and in the Northern District of California, including, but not limited to, ground fault

20 circuit interrupters that were manufactured in China by or on behalf of American Electric.

21    34.    Upon information and belief, Cost Less Lighting, Inc. ("Cost Less") is a corporation

22 organized under the laws of the State of Illinois, having a place of business at 1200 Goldenrod

23 Court, Morrisville, Pennsylvania 19067. Upon information and belief, Cost Less imports,

24 distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the United States

25 and in the Northern District of California, including, but not limited to, ground fault circuit

26 interrupters that were manufactured in China by or on behalf of American Electric.

27    35.    Upon information and belief, Royal Pacific Ltd. ("Royal Pacific") is a corporation

28 organized under the laws of the State of New Mexico, having a place of business at 4931 Paseo

1    Del Norte NE, Albuquerque, New Mexico 87113. Upon information and belief, Royal Pacific

2    imports, distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the

3    United States and in the Northern District of California, including, but not limited to, ground fault

4    circuit interrupters that, on information and belief, were manufactured by Fujian Hongan.

5         36.     Upon information and belief, Littman Bros. Energy Supplies, Inc. ("Littman

6    Bros.") is a corporation organized under the laws of the State of Illinois, having a place of business

7    at 900 Estes Court, Schaumburg, Illinois 60193. Upon information and belief, Littman Bros.

8    imports, distributes, offers to sell, and/or sells ground fault circuit interrupters throughout the

9    United States and in the Northern District of California, including, but not limited to, ground fault

10   circuit interrupters that, on information and belief, were manufactured by Fujian Hongan.

11                             **JURISDICTION AND VENUE**

12         37.     This is an action for patent infringement arising in part under the patent laws of the

13    United States, codified at 35 U.S.C. § 1 *et seq*. This Court has subject matter jurisdiction over this

14    action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

15         38.     This court has supplemental jurisdiction of the state claims asserted in this action

16    pursuant to 28 U.S.C. § 1367. The federal and state claims alleged herein are based on a common

17    nucleus of operative facts. Judicial economy, convenience, and fairness to the parties will result if

18    this Court assumes and exercises jurisdiction over the state claims.

19         39.     Defendants are subject to personal jurisdiction in this judicial district because each

20    Defendant's infringement occurred in and continues to occur in the Northern District of California.

21    As described above, each Defendant imports, manufactures, sells and/or offers to sell in the United

22    States and in the Northern District of California, directly or through intermediaries and/or

23    established distribution channels ground fault circuit interrupters that infringe one or more of

24    Leviton's patents. For example, Fujian Hongan, Menard and Garvin infringing ground fault circuit

25    interrupters that bear the Underwriters Laboratories listing number E309131 were sold in the

26    Northern District of California. General Protecht, Warehouse-Lighting, SecurElectric, G-Techt,

27    Electrical Marketplace, and Kk Lite infringing ground fault circuit interrupters that bear the

28    Underwriters Laboratories listing number E320934 were sold in the Northern District of

1  California.  Central Purchasing, Harbor Freight and, on information and belief, General Protecht

2  infringing ground fault circuit interrupters that bear the Underwriters Laboratories listing number

3  E195819 were sold in the Northern District of California.  Murray, Frontier and, on information

4  and belief, General Protecht infringing ground fault circuit interrupters that bear the Underwriters

5  Laboratories listing number E231858 were sold in the Northern District of California.  Orbit,

6  Ready Wholesale and, on information and belief, Shanghai ELE infringing ground fault circuit

7  interrupters that bear the Underwriters Laboratories listing number E245404 were sold in the

8  Northern District of California.  Zhejiang Trimone, Aubuchon, Westside, Deerso, New Aspen,

9  Designers Edge, Big Deal, American Ace, Safety Plus and Lamps One infringing ground fault

10  circuit interrupters that bear the Underwriters Laboratories listing number E229322 were sold in

11  the Northern District of California.  Zhejiang Easting House and Ingram infringing ground fault

12  circuit interrupters that bear the Underwriters Laboratories listing number E253345 were sold in

13  the Northern District of California.  American Electric, Contractor Lighting, Aubuchon, AF

14  Lighting, Hardware and Tools and Cost Less infringing ground fault circuit interrupters that bear

15  the Underwriters Laboratories listing number E325953 were sold in the Northern District of

16  California.  Royal Pacific, Littman Bros. and, on information and belief, Fujian Hongan infringing

17  ground fault circuit interrupters that bear the Underwriters Laboratories listing number E244994

18  were sold in the Northern District of California.  Leviton is further informed and believes, and on

19  that basis alleges, that the accused products have been advertised, marketed, offered for sale and/or

20  sold in this judicial district and/or imported into this judicial district by Defendants.

21      40.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c) and

22  28 U.S.C. § 1400(b).

23  ## INTRADISTRICT ASSIGNMENT

24      41.    This is an intellectual property action exempt from intradistrict assignment under

25  Civil Local Rule 3-2(c), which makes this action subject to assignment on a district-wide basis.

26  ## FACTUAL BACKGROUND

27      42.    Leviton is a leading United States producer of electrical and electronic products,

28  and is the largest North American manufacturer of electrical and electronic wiring devices.

1 | Leviton is a third generation, family-owned business, founded in 1906 in a small shop in New

2 | York at the dawn of the electrical era.

3 |      43.     Over the last 100 plus years, Leviton has grown to become the preeminent leader in

4 | its industry.  Today, Leviton's product portfolio includes over 25,000 devices and systems used in

5 | homes, businesses and industry.  The vast majority of homes across North America use one or

6 | more Leviton devices.  Builders, electrical contractors, homeowners, specifiers, architects and

7 | engineers rank Leviton products number one in brand preference.  And, Leviton patents

8 | consistently rate as having significant technological value and impact on other companies in the

9 | industry.

10 |      44.     In the last 50 years, Leviton has set industry standards for product design,

11 | innovation and safety, including innovations that are now required by the National Electrical Code.

12 | Leviton currently holds over 870 active patents worldwide, and its brands and products are known

13 | throughout the world.

14 |      45.     One of Leviton's most significant lines of electrical safety products are its Ground

15 | Fault Circuit Interrupter devices ("GFCIs").  Leviton introduced this line in 1972.  A GFCI

16 | protects people from electrical shock and GFCIs can be found in virtually every home and building

17 | in the United States.  GFCIs have saved countless lives.

18 |      46.     Through its focus on innovation and developing cutting-edge technological

19 | solutions to problems that have arisen with GFCIs, Leviton has established itself as a technology

20 | leader and innovator for GFCI products.  Indeed, Leviton has obtained numerous patents related to

21 | its innovation in GFCI products.

22 |      47.     Leviton protects its intellectual property through prosecution and acquisition of

23 | industry-leading patents.  Leviton devoted substantial resources to compilation of its patent

24 | portfolio to protect its investment in its technology.

25 |      48.     In addition, from its founding, Leviton has developed proprietary technical and

26 | business strategies related to its GFCI products and its other electrical products through the

27 | expenditure of considerable employee work hours and company resources.  Through the

28 | expenditure of considerable employee work hours and company resources over many years,

1    Leviton has also compiled proprietary product development strategies, product branding strategies,

2    product packaging strategies, product improvement strategies and plans, product marketing

3    strategies and strategies with respect to industry organizations.  Leviton strictly maintains the

4    secrecy of its proprietary information, taking numerous precautions to ensure this information

5    remains secret and is disseminated only to people within the company on a need-to-know basis,

6    and outside the company only to particular customers under strict confidentiality provisions.

7        49.    Through the expenditure of considerable employee work hours and company

8    resources over many years, Leviton has also compiled confidential and proprietary information

9    regarding its customer pricing (i.e., the prices at which Leviton sells products to its customers).

10   Through the painstaking efforts of its employees, Leviton has methodically compiled information

11   from direct contacts with customers and other industry participants as well as Leviton's own

12   internal confidential and proprietary information to arrive at its confidential and proprietary

13   customer pricing.  Leviton strictly maintains the secrecy of its customer pricing, taking numerous

14   precautions to ensure this information is disseminated within the company only on a need-to-know

15   basis, and outside the company only to particular customers under strict confidentiality provisions.

16       50.    As described above, Defendant General Protecht manufactures GFCIs and other

17   electrical products that compete with Leviton's GFCI and electrical products.  On information and

18   belief, seeking to diminish Leviton's lead and market share in the industry, General Protecht

19   sought out proprietary and confidential trade secrets of Leviton.  Leviton is informed and believes,

20   and on that basis alleges, that General Protecht sought these trade secrets to improperly gain a

21   competitive advantage over Leviton in the marketplace.

22       51.    Leviton gave one of its customers of Leviton GFCIs and other electrical products a

23   written presentation under strict confidentiality provisions.  The presentation was marked

24   "CONFIDENTIAL.  Proprietary Information of The Leviton Manufacturing Company"

25   (hereinafter "Presentation").  The Presentation contained Leviton's confidential and proprietary

26   strategies for product development, branding, product improvements, new product features and

27   product marketing.  The Presentation also contained Leviton's confidential and proprietary

28   information regarding Leviton's contracts with certain U.S. builders, Leviton's strategy with

4041467_6.DOC

1   respect to industry organizations, and details regarding Leviton's manufacturing.  This same

2   customer was also given Leviton's confidential and proprietary customer pricing for hundreds of

3   Leviton products under strict confidentiality provisions.  On information and belief, a senior

4   employee of this customer (hereinafter "Leviton's Customer Employee") was granted access to

5   this confidential and proprietary Leviton Presentation and customer pricing during his employment

6   with Leviton's customer to facilitate the performance of his work-related duties with respect to

7   Leviton.

8        52.    Leviton is informed and believes, and on that basis alleges that in 2008:

9           a.   General Protecht solicited and attempted to induce Leviton's Customer

10   Employee to wrongfully disclose Leviton's confidential and proprietary customer pricing

11   information to General Protecht without authorization from Leviton;

12           b.   General Protecht solicited and did induce Leviton's Customer Employee to

13   wrongfully disclose Leviton's confidential and proprietary Presentation and customer pricing to

14   General Protecht without authorization from Leviton; and

15           c.   General Protecht wrongfully copied and retained copies of Leviton's

16   confidential and proprietary Presentation without authorization from Leviton.

17        53.    Leviton is informed and believes, and on that basis alleges that General Protecht's

18   wrongful acts occurred in Georgia.

19        54.    Leviton is informed and believes, and on that basis alleges that in 2008 when

20   General Protecht solicited and obtained Leviton's customer pricing information and solicited,

21   obtained and copied Leviton's Presentation, General Protecht knew that Leviton's Customer

22   Employee was not authorized to disclose Leviton's customer pricing information and/or Leviton's

23   Presentation.  Leviton is informed and believes, and on that basis alleges that General Protecht also

24   knew that Leviton's Customer Employee owed a duty to Leviton to maintain the confidentiality

25   and secrecy of Leviton's customer pricing information and Presentation.

26        55.    Leviton is informed and believes, and on that basis alleges that General Protecht has

27   misused Leviton's wrongfully obtained proprietary information to divert business from Leviton to

28   General Protecht.  Pricing is a key area of competition between competitor manufacturers in the

1    industry.  Customer pricing is confidential and proprietary.  Industry competitors also compete on

2    product features, innovations and development.  Thus, a competitor who wrongfully learns of

3    Leviton's customer pricing and product strategy can price its products to steal customers and sales

4    away from Leviton and use Leviton's product strategy to also steal customers and sales.  Leviton is

5    informed and believes, and on that basis alleges that General Protecht has misused the information

6    in Leviton's Presentation and customer pricing to steal customers and sales away from Leviton.

7    Accordingly, the improper diversion of customers and business from Leviton to General Protecht

8    through misuse of Leviton's proprietary and confidential information represents a significant harm

9    to Leviton.

10          56.     Contemporaneous with the filing of this Complaint, Leviton filed a Complaint at the

11   U.S. International Trade Commission under Section 337 of the Tariff Act of 1930 against

12   Defendants Fujian Hongan, General Protecht, Shanghai ELE, Zhejiang Trimone, Zhejiang Easting

13   House, Menard, Garvin, Central Purchasing, Harbor Freight, Warehouse-Lighting, SecurElectric,

14   G-Techt, Frontier, Designers Edge, Orbit, Ready Wholesale, Aubuchon, Westside, Deerso, New

15   Aspen, American Ace, Safety Plus, Ingram, American Electric, Contractor Lighting, AF Lighting,

16   Royal Pacific, and Littman Bros. alleging infringement of one or more of the patents that are the

17   subject of this Complaint.

18                          **FIRST CAUSE OF ACTION**

19          **(Infringement of U.S. Patent No. 7,463,124 Against All Defendants)**

20          57.     Leviton adopts and incorporates by reference the allegations of paragraphs 1

21   through 56 above as if fully set forth herein.

22          58.     On December 9, 2008, the United States Patent and Trademark Office ("USPTO")

23   duly, properly and legally issued U.S. Patent No. 7,463,124 ("the '124 patent"), entitled "Circuit

24   Interrupting Device with Reverse Wiring Protection" to Leviton Manufacturing Co., Inc. as the

25   assignee of inventors Nicholas L. Di Salvo and William R. Ziegler.  The '124 patent is attached

26   hereto as Exhibit A.

27          59.     Leviton is the owner by assignment of all rights, title and interest in the '124 patent.

28

60.     Leviton is informed and believes and on that basis alleges that, in violation of 35 U.S.C. § 271, each of the following Defendants has infringed directly, indirectly, contributorily and/or by inducement, the '124 patent by making, using, offering to sell, and/or selling within the United States and/or importing into the United States GFCI products that embody the patented invention. By way of example and without limiting the foregoing, Defendants infringe at least claim 13 of the '124 patent by making, using, offering to sell, and/or selling within the United States and/or importing into the United States at least the following:

a.     GFCIs bearing or associated with Underwriters Laboratories listing number E309131 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants Fujian Hongan, Menard and Garvin;

b.     GFCIs bearing or associated with Underwriters Laboratories listing number E320934 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants General Protecht, Warehouse-Lighting, SecurElectric, G-Techt, Electrical Marketplace, and Kk Lite;

c.     GFCIs bearing or associated with Underwriters Laboratories listing number E195819 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants Central Purchasing, Harbor Freight and, on information and belief, General Protecht;

d.     GFCIs bearing or associated with Underwriters Laboratories listing number E231858 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants Murray, Frontier and, on information and belief, General Protecht;

e.     GFCIs bearing or associated with Underwriters Laboratories listing number E243387 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants Shanghai ELE and Designers Edge;

f.     GFCIs bearing or associated with Underwriters Laboratories listing number E245404 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants Orbit, Ready Wholesale and, on information and belief, Shanghai ELE;

1          g.    GFCIs bearing or associated with Underwriters Laboratories listing number

2    E229322 made, used, offered for sale, and/or sold in the United States and/or imported into the

3    United States by Defendants Zhejiang Trimone, Aubuchon, Westside, Deerso, New Aspen,

4    Designers Edge, Big Deal, American Ace, Safety Plus and Lamps One;

5          h.    GFCIs bearing or associated with Underwriters Laboratories listing number

6    E253345 made, used, offered for sale, and/or sold in the United States and/or imported into the

7    United States by Defendants Zhejiang Easting House and Ingram;

8          i.    GFCIs bearing or associated with Underwriters Laboratories listing number

9    E325953 made, used, offered for sale, and/or sold in the United States and/or imported into the

10    United States by Defendants American Electric, Contractor Lighting, Aubuchon, AF Lighting,

11    Hardware and Tools and Cost Less; and

12          j.    GFCIs bearing or associated with Underwriters Laboratories listing number

13    E244994 made, used, offered for sale, and/or sold in the United States and/or imported into the

14    United States by Defendants Royal Pacific, Littman Bros. and, on information and belief, Fujian

15    Hongan.

16          k.    GFCIs bearing or associated with ETL listing number 4000074 made, used,

17    offered for sale, and/or sold in the United States and/or imported into the United States by

18    Defendants Royal Pacific and, on information and belief, Fujian Hongan.

19        61.    As a result of Defendants' acts of infringement, Leviton has suffered and will

20    continue to suffer damages in an amount to be proven at trial.

21        62.    On information and belief, Defendants will continue to infringe the '124 patent, and

22    Leviton will be substantially and irreparably harmed as a result thereof, unless Defendants'

23    infringement is enjoined by this Court.

24

25

26

27

28

## SECOND CAUSE OF ACTION

**(Infringement of U.S. Patent No. 7,737,809 Against Defendants Fujian Hongan,
Menard, Garvin, Zhejiang Trimone, Westside, Aubuchon, Deerso, New Aspen,
Designers Edge, Big Deal, American Ace, Safety Plus, Lamps One, Shanghai ELE,
Orbit, Ready Wholesale, Zhejiang Easting House, Ingram, American Electric,
Contractor Lighting, AF Lighting, Hardware and Tools,
Cost Less, Royal Pacific and Littman Bros.)**

63.     Leviton adopts and incorporates by reference the allegations of paragraphs 1 through 62 above as if fully set forth herein.

64.     On June 15, 2010, the USPTO duly, properly and legally issued U.S. Patent No. 7,737,809 ("the '809 patent"), entitled "Circuit Interrupting Device and System Utilizing Bridge Contact Mechanism and Reset Lockout" to Leviton Manufacturing Co., Inc. as the assignee of inventors Frantz Germain, James Richter, David Herzfeld, Armando Calixto, David Chan and Stephen Stewart.  The '809 patent is attached hereto as Exhibit B.

65.     Leviton is the owner by assignment of all rights, title and interest in the '809 patent.

66.     Leviton is informed and believes and on that basis alleges that, in violation of 35 U.S.C. § 271, each of the following Defendants has infringed directly, indirectly, contributorily and/or by inducement, the '809 patent by making, using, offering to sell, and/or selling within the United States and/or importing into the United States GFCI products that embody the patented invention.  By way of example and without limiting the foregoing, the following Defendants infringe at least claim 1 of the '809 patent by making, using, offering to sell, and/or selling within the United States and/or importing into the United States at least the following:

     a.   GFCIs bearing or associated with Underwriters Laboratories listing number E309131 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants Fujian Hongan, Menard and Garvin;

     b.   GFCIs bearing or associated with Underwriters Laboratories listing number E229322 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants Zhejiang Trimone, Aubuchon, Westside, Deerso, New Aspen, Designers Edge, Big Deal, American Ace, Safety Plus and Lamps One;

1      c.   GFCIs bearing or associated with Underwriters Laboratories listing number

2   E243387 made, used, offered for sale, and/or sold in the United States and/or imported into the

3   United States by Defendants Shanghai ELE and Designers Edge;

4      d.   GFCIs bearing or associated with Underwriters Laboratories listing number

5   E245404 made, used, offered for sale, and/or sold in the United States and/or imported into the

6   United States by Defendants Orbit, Ready Wholesale and, on information and belief, Shanghai

7   ELE;

8      e.   GFCIs bearing or associated with Underwriters Laboratories listing number

9   E253345 made, used, offered for sale, and/or sold in the United States and/or imported into the

10  United States by Defendants Zhejiang Easting House and Ingram;

11     f.   GFCIs bearing or associated with Underwriters Laboratories listing number

12  E325953 made, used, offered for sale, and/or sold in the United States and/or imported into the

13  United States by Defendants American Electric, Contractor Lighting, Aubuchon, AF Lighting,

14  Hardware and Tools and Cost Less; and

15     g.   GFCIs bearing or associated with Underwriters Laboratories listing number

16  E244994 made, used, offered for sale, and/or sold in the United States and/or imported into the

17  United States by Defendants Royal Pacific, Littman Bros. and, on information and belief, Fujian

18  Hongan.

19     h.   GFCIs bearing or associated with ETL listing number 4000074 made, used,

20  offered for sale, and/or sold in the United States and/or imported into the United States by

21  Defendants Royal Pacific and, on information and belief, Fujian Hongan.

22     67.   As a result of Defendants' acts of infringement, Leviton has suffered and will

23  continue to suffer damages in an amount to be proven at trial.

24     68.   On information and belief, Defendants will continue to infringe the '809 patent, and

25  Leviton will be substantially and irreparably harmed as a result thereof, unless Defendants'

26  infringement is enjoined by this Court.

27

28

4041467_6.DOC

**THIRD CAUSE OF ACTION**

**(Infringement of U.S. Patent No. 7,764,151 Against Defendants Fujian Hongan, Menard, Garvin, General Protecht, Central Purchasing, Harbor Freight, Warehouse-Lighting, SecurElectric, G-Techt, Murray, Electrical Marketplace, KK Lite, Frontier, Zhejiang Trimone, Westside, Aubuchon, Deerso, New Aspen, Designers Edge, Big Deal, American Ace, Safety Plus, Lamps One, Shanghai ELE, Orbit, Ready Wholesale, Zhejiang Easting House, Ingram, Royal Pacific and Littman Bros.)**

69.     Leviton adopts and incorporates by reference the allegations of paragraphs 1 through 68 above as if fully set forth herein.

70.     On July 27, 2010, the USPTO duly, properly and legally issued U.S. Patent No. 7,764,151 ("the '151 patent"), entitled "Circuit Interrupting Device with Reverse Wiring Protection" to Leviton Manufacturing Co., Ltd. as the assignee of inventors Nicholas L. Di Salvo and William R. Ziegler.  The '151 patent is attached hereto as Exhibit C.

71.     Leviton is the owner by assignment of all rights, title and interest in the '151 patent.

72.     Leviton is informed and believes and on that basis alleges that, in violation of 35 U.S.C. § 271, each of the following Defendants has infringed directly, indirectly, contributorily and/or by inducement, the '151 patent by making, using, offering to sell, and/or selling within the United States and/or importing into the United States GFCI products that embody the patented invention.  By way of example and without limiting the foregoing, the following Defendants infringe at least claim 8 of the '809 patent by making, using, offering to sell, and/or selling within the United States and/or importing into the United States at least the following:

a.     GFCIs bearing or associated with Underwriters Laboratories listing number E309131 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants Fujian Hongan, Menard and Garvin;

b.     GFCIs bearing or associated with Underwriters Laboratories listing number E320934 made, used, offered for sale, and/or sold in the United States and/or imported into the United States by Defendants General Protecht, Warehouse-Lighting, SecurElectric, G-Techt, Electrical Marketplace, and Kk Lite;

c.     GFCIs bearing or associated with Underwriters Laboratories listing number E195819 made, used, offered for sale, and/or sold in the United States and/or imported into the

1    United States by Defendants Central Purchasing, Harbor Freight and, on information and belief,

2    General Protecht;

3              d.   GFCIs bearing or associated with Underwriters Laboratories listing number

4    E231858 made, used, offered for sale, and/or sold in the United States and/or imported into the

5    United States by Defendants Murray, Frontier and, on information and belief, General Protecht;

6              e.   GFCIs bearing or associated with Underwriters Laboratories listing number

7    E229322 made, used, offered for sale, and/or sold in the United States and/or imported into the

8    United States by Defendants Zhejiang Trimone, Aubuchon, Westside, Deerso, New Aspen,

9    Designers Edge, Big Deal, American Ace, Safety Plus and Lamps One;

10             f.   GFCIs bearing or associated with Underwriters Laboratories listing number

11   E243387 made, used, offered for sale, and/or sold in the United States and/or imported into the

12   United States by Defendant Shanghai ELE and Designers Edge;

13             g.   GFCIs bearing or associated with Underwriters Laboratories listing number

14   E245404 made, used, offered for sale, and/or sold in the United States and/or imported into the

15   United States by Defendants Orbit, Ready Wholesale and, on information and belief, Shanghai

16   ELE;

17             h.   GFCIs bearing or associated with Underwriters Laboratories listing number

18   E253345 made, used, offered for sale, and/or sold in the United States and/or imported into the

19   United States by Defendants Zhejiang Easting House and Ingram; and

20             i.   GFCIs bearing or associated with Underwriters Laboratories listing number

21   E244994 made, used, offered for sale, and/or sold in the United States and/or imported into the

22   United States by Defendants Royal Pacific, Littman Bros. and, on information and belief, Fujian

23   Hongan.

24             j.   GFCIs bearing or associated with ETL listing number 4000074 made, used,

25   offered for sale, and/or sold in the United States and/or imported into the United States by

26   Defendants Royal Pacific and, on information and belief, Fujian Hongan.

27        73.    As a result of Defendants' acts of infringement, Leviton has suffered and will

28   continue to suffer damages in an amount to be proven at trial.

74. On information and belief, Defendants will continue to infringe the '151 patent, and Leviton will be substantially and irreparably harmed as a result thereof, unless Defendants' infringement is enjoined by this Court.

## FOURTH CAUSE OF ACTION

### (Trade Secret Misappropriation Against General Protecht Under Georgia Code § 10-1-761, *et seq.*)

75. Leviton adopts and incorporates by reference the allegations of paragraphs 1 through 74 above as if fully set forth herein.

76. Leviton is the owner of trade secrets, including, but not limited to, the proprietary technical and business strategy described above.

77. Leviton's trade secrets constitute compilations of information that derive economic value, actual and potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from their disclosure or use.

78. Leviton's trade secrets have significant value to Leviton, resulting from significant investment of time and resources by Leviton.

79. Leviton has made, and continues to make, efforts that are reasonable under the circumstances to maintain the secrecy of its trade secrets, including, but not limited to, the restriction of this information to employees on a need-to-know basis, and the enforcement of confidentiality and non-disclosure agreements and provisions.

80. Leviton is informed and believes and on that basis alleges that General Protecht acquired Leviton's trade secrets by improper means, including, but not limited to, taking these trade secrets in breach of confidentiality obligations owed to Leviton.

81. Leviton is informed and believes and on that basis alleges that General Protecht induced Leviton's Customer Employee to improperly disclose Leviton's trade secrets to General Protecht and that General Protecht has used those improperly obtained trade secrets without the express or implied consent of Leviton, resulting in harm to Leviton, including, but not limited to, loss of customers and sales.

4041467_6.DOC

82.   Leviton is informed and believes and on that basis alleges that at the time of the improper disclosure and/or use, General Protecht knew or had reason to know that Leviton's Customer Employee's disclosure was improper and that General Protecht had acquired the trade secrets through improper means, including through derogation of Leviton's Customer Employee's confidentiality obligations.

83.   As a natural and proximate result of General Protecht's misappropriation, Leviton has been deprived of the profits it would have obtained from sales that it would have made to customers but for General Protecht's misappropriation.

84.   The ongoing harm to Leviton from General Protecht's misappropriation and use of its proprietary information is irreparable:  once revealed, these trade secrets cannot regain their secrecy.  Still more harm will occur to Leviton if General Protecht is allowed to make further use of Leviton's proprietary technical and business strategy.

85.   As a natural and proximate result of General Protecht's misappropriation, General Protecht has been and will continue to be unjustly enriched, and Leviton has been and will continue to suffer damages.

86.   General Protecht's misappropriation was willful and malicious.  Leviton is therefore entitled to exemplary damages against General Protecht under Georgia Code § 10-1-763 and its reasonable attorneys' fees under Georgia Code § 10-1-764.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Leviton prays for relief as follows:

a.   For a judgment declaring that Defendants have each directly, indirectly, contributorily and/or by inducement, infringed U.S. Patent No. 7,463,124;

b.   For a judgment declaring that those Defendants against who the patent has been asserted have each directly, indirectly, contributorily and/or by inducement, infringed U.S. Patent No. 7,737,809;

c.   For a judgment declaring that those Defendants against who the patent has been asserted have each directly, indirectly, contributorily and/or by inducement, infringed U.S. Patent No. 7,764,151;

1      d.     For a permanent injunction enjoining Defendants and their officers, directors,

2    agents, servants, employees, attorneys, successors and assigns, and all other persons acting in

3    concert or participation with them, from infringing, inducing others to infringe or contributing to

4    the infringement of U.S. Patent No. 7,463,124, U.S. Patent No. 7,737,809, and/or U.S. Patent No.

5    7,764,151;

6      e.     An order directing each Defendant to account for and pay to Leviton all damages

7    caused to Leviton by reason of Defendants' patent infringement, pursuant to 35 U.S.C. § 284;

8      e.     For a judgment declaring this case exceptional under 35 U.S.C. § 285, and for an

9    award of attorneys' fees, costs and expenses;

10      f.     For permanent injunctive relief to enjoin General Protecht and its agents, joint

11    venturers, and any other person over whom General Protecht had or has control, from disclosing

12    or using any of Leviton's confidential, proprietary information or trade secrets, including but not

13    limited to Leviton's confidential technical and business strategy (including Leviton's customer

14    pricing information), in any way;

15      g.     For permanent injunctive relief requiring General Protecht and its agents, joint

16    venturers, and any other person over whom General Protecht had or has control, to preserve and

17    return to Leviton:

18            i.     all confidential, proprietary information or trade secrets, including,

19    but not limited to Leviton's confidential technical and business strategy information (including

20    Leviton's customer pricing information) acquired from Leviton;

21            ii.     all materials (in written, electronic or other form) containing any

22    such trade secret, confidential, or materials derived from such information; and

23            iii.    all copies of such materials;

24      h.     For restitution and disgorgement from General Protecht of monies acquired, costs

25    avoided, or any other benefits of any kind acquired by means of the acts alleged above;

26      i.     For actual damages, including, but not limited to, lost profits, according to proof at

27    trial for General Protecht's acts of misappropriation of trade secrets;

28      j.     For exemplary damages;

k.    For pre-judgment and post-judgment interest;

l.    For an award of reasonable attorneys' fees and costs; and

m.    For such other and further relief as the Court deems proper.

Dated:  September 3, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
     Stefani E. Shanberg

Attorneys for Plaintiff LEVITON
MANUFACTURING CO., INC.

1

## DEMAND FOR JURY TRIAL

2      Pursuant to Federal Rule of Civil Procedure 38 and Civil Local Rule 3-6(a), Plaintiff

3   hereby demands a jury trial of all issues triable by a jury.

4

5   Dated:  September 3, 2010                    WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
6

7                                                By: _____
8                                                    Stefani E. Shanberg

9                                                Attorneys for Plaintiff LEVITON
                                                 MANUFACTURING CO., INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28